MRS. ELIZABETH MacCLURE, Administratrix of the Estate of DOUGLAS MacCLURE, Deceased, v. ACCIDENT & CASUALTY INSURANCE COMPANY OF WINTERTHUR, SWITZERLAND, a Corporation.

(Filed 28 September, 1949.)

**Appeal and Error § 38—**

Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

Seawell, J., took no part in the consideration or decision of this case.

Defendant's appeal from *Moore, J.,* Regular April Term, 1949, of Buncombe Superior Court.

*Williams & Williams for plaintiff, appellee.*
*Harkins, Van Winkle & Walton for defendant, appellant.*

Per Curiam. This is an action brought by the plaintiff to enforce the alleged liability of the defendant upon an insurance policy which plaintiff contends covers the accident or collision which resulted in the death of her intestate, and damages caused thereby.

The Court being evenly divided in opinion, *Seawell, J.,* taking no part in the consideration or decision of the case, the judgment of the Superior Court is affirmed and stands as the decision in this case without becoming a precedent. *Parsons v. Board of Education,* 200 N.C. 795, 156 S.E. 163; *Gooch v. Western Union Telegraph Co.,* 196 N.C. 823, 146 S.E. 803.

Affirmed.